# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ANTONIO COLIZZA,

Appellant,

v.

IMPERIAL HOUSE OF BRADENTON BEACH CONDOMINIUM
ASSOCIATION, INC.,

Appellee.

No. 2D22-3562

_____

December 1, 2023

Appeal from the Circuit Court for Manatee County; Edward Nicholas,
Judge.

Marie E. Taylor and Amy M. Kiser (substituted as counsel of record] of
Gilbert Garcia Group, P.A., Tampa, for Appellant.

Emily C. Smith and Elaine D. Walter of Boyd, Richards, Parker and
Colonnelli, P.L., Miami, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, LUCAS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.